# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re: §
§
HARGENRADER, WILLIAM L. § Case No. 12-10236 TPA
HARGENRADER, ANGELA K. §
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on     .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of     $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]     $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

   5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

   6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

   7. The Trustee's proposed distribution is attached as **Exhibit D**.

   8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/RICHARD W. ROEDER, TRUSTEE_____
             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 12-10236 | TPA | Judge: Thomas P Agresti | Trustee Name: | RICHARD W. ROEDER, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | HARGENRADER, WILLIAM L. | | | Date Filed (f) or Converted (c): | 02/21/12 (f) |
| | HARGENRADER, ANGELA K. | | | 341(a) Meeting Date: | 04/23/12 |
| For Period Ending: | 03/31/14 | | | Claims Bar Date: | 07/27/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 200 JULIUS DRIVE OIL CITY, PA 16301 PRESIDENT TWP | 135,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH DEBTOR'S RESIDENCE | 110.00 | 0.00 | | 0.00 | FA |
| 3. FIRST UNITED NATIONAL BANK PERSONAL CHECKING ACCOU | 43.44 | 0.00 | | 0.00 | FA |
| 4. PNC BANK PERSONAL CHECKING ACCOUNT DEBTOR'S RESIDE | 84.45 | 0.00 | | 0.00 | FA |
| 5. FIRST UNITED NATIONAL BANK PERSONAL SAVINGS ACCOUN | 1.25 | 0.00 | | 0.00 | FA |
| 6. FIRST UNITED NATIONAL BANK BUSINESS CHECKING BALAN | 463.98 | 0.00 | | 0.00 | FA |
| 7. HOUSEHOLD GOODS AND FURNISHINGS DEBTOR'S RESIDENCE | 4,010.00 | 0.00 | | 0.00 | FA |
| 8. COMPUTER EQUIPMENT DEBTOR'S RESIDENCE | 200.00 | 0.00 | | 0.00 | FA |
| 9. COMPUTER DEBTOR'S RESIDENCE SECURED | 250.00 | 0.00 | | 0.00 | FA |
| 10. BOOKS, PICTUES, DECORATIONS DEBTOR'S RESIDENCE | 500.00 | 0.00 | | 0.00 | FA |
| 11. CHRISTMAS VILLAGE COLLECTIBLES DEBTOR'S RESIDENCE | 500.00 | 0.00 | | 0.00 | FA |
| 12. SNOW BABIES COLLECTIBLES DEBTOR'S RESIDENCE | 500.00 | 0.00 | | 0.00 | FA |
| 13. FRAMED ARTWORK DEBTOR'S RESIDENCE | 1,000.00 | 0.00 | | 0.00 | FA |
| 14. CLOTHES DEBTOR'S RESIDENCE | 800.00 | 0.00 | | 0.00 | FA |
| 15. JEWELRY DEBTOR'S RESIDENCE | 3,000.00 | 0.00 | | 0.00 | FA |
| 16. 12 GAUGE GUN; 22 PISTOL, 30 30 RIFLE, 308 RIFLE DE | 850.00 | 0.00 | | 0.00 | FA |
| 17. CAMERA DEBTOR'S RESIDENCE | 50.00 | 0.00 | | 0.00 | FA |
| 18. GOLF, FISHING & HUNTING EQUIPMENT, BIKES DEBTOR'S | 950.00 | 0.00 | | 0.00 | FA |
| 19. PRUDENTIAL LIFE INSURANCE 63550038 CV $2.682/04 LE | 0.00 | 0.00 | | 0.00 | FA |
| 20. PRUDENTIAL LIFE INSURANCE CV $3442.14 LESS LOAN $2 | 572.14 | 0.00 | | 0.00 | FA |
| 21. GENWORTH TERM INSURANCE NO CASH VALUE | 0.00 | 0.00 | | 0.00 | FA |
| 22. 401K FIRST CHURCH OF GOD DEBTOR'S RESIDENCE SEE SU | 4,239.74 | 0.00 | | 0.00 | FA |
| 23. MET LIFE TSA INS. DEBTOR'S RESIDENCE | 13,030.29 | 0.00 | | 0.00 | FA |
| 24. UPMC RETIREMENT 403(B) 100% VESTED | 15,116.00 | 0.00 | | 0.00 | FA |
| 25. HARGY, INC. 100% STOCK HARGY, INC. FILED A CHAPTER | 0.00 | 0.00 | | 0.00 | FA |
| 26. HARGENRADER'S GRAND RENTAL STATION- SOLE PROPRIETO | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| Case No: | 12-10236  TPA  Judge: Thomas P Agresti | Trustee Name: | RICHARD W. ROEDER, TRUSTEE |
|---|---|---|---|
| Case Name: | HARGENRADER, WILLIAM L. | Date Filed (f) or Converted (c): | 02/21/12 (f) |
|  | HARGENRADER, ANGELA K. | 341(a) Meeting Date: | 04/23/12 |
|  |  | Claims Bar Date: | 07/27/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. ACCOUNTS RECEIVABLE GRAND RENTAL SEE SUPPORTING DO | 820.34 | 556.43 | | 556.43 | FA |
| 28. HARGENRADER'S GRAND RENTAL STATION VS. B&B MANUFAC | 7,500.00 | 3,500.00 | | 3,500.00 | FA |
| 29. TRUE VALUE STOCK (HARGENRADER GRAND RENTAL STATION | 8,176.94 | 0.00 | | 0.00 | FA |
| 30. 2002 TOYOTA CAMRY JOINT ANGELA K. HARGENRADER &SAM | 2,000.00 | 0.00 | | 0.00 | FA |
| 31. 1990 FRANKLIN TRAILER ASSESSED AT MAP # 23-008-008 | 1,800.00 | 0.00 | | 0.00 | FA |
| 32. 2003 CHRYSLER TOWN & COUNTY SECURED BY NORTHPOINT | 2,500.00 | 0.00 | | 0.00 | FA |
| 33. 2001 FORD 250 3/4 TON PICK UP WITH PLOW DEBTOR'S R | 5,000.00 | 0.00 | | 0.00 | FA |
| 34. 1999 DODGE STATUS JOINT WITH ELLY HARGENRADER 180, | 750.00 | 0.00 | | 0.00 | FA |
| 35. HARGENRADER'S GRAND RENTAL STATION STORE FIXTURES | 1,500.00 | 750.00 | | 750.00 | FA |
| 36. 2 COMPUTERS DEBTOR'S RESIDENCE | 1,000.00 | 0.00 | | 0.00 | FA |
| 37. HARGENRADER'S GRAND RENTAL STATION RENTAL EQUIPME | 231,159.70 | 61,343.75 | | 61,343.75 | FA |
| 38. HARGENRADER GRAND EVENTS RENTAL INVENTORY COST BAS | 204,874.85 | 55,406.25 | | 55,406.25 | FA |
| 39. HARGENRADER'S GRAND EVENTS RETAIL MERCHANDISE COST | 4,326.50 | 250.00 | | 250.00 | FA |
| 40. HARGENRADER'S GRAND RENTAL STATION RETAIL INVENTO | 3,184.90 | 1,000.00 | | 1,000.00 | FA |
| 41. 2 DOGS DEBTOR'S RESIDENCE | 50.00 | 0.00 | | 0.00 | FA |
| 42. BAD CHECK COLLECTION- PATRICK AND KATHY FIELDING H | 192.39 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $656,106.91 | $122,806.43 | | $122,806.43 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 12-10236    TPA    Judge: Thomas P Agresti | Trustee Name: | RICHARD W. ROEDER, TRUSTEE |
| Case Name: | HARGENRADER, WILLIAM L. | Date Filed (f) or Converted (c): | 02/21/12 (f) |
| | HARGENRADER, ANGELA K. | 341(a) Meeting Date: | 04/23/12 |
| | | Claims Bar Date: | 07/27/12 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee has filed Objections to three claims, and will file the TFR immediately following the Judge's Order regarding the Objection to Claims.

Initial Projected Date of Final Report (TFR): 12/31/12        Current Projected Date of Final Report (TFR): 12/31/13

         /s/    RICHARD W. ROEDER, TRUSTEE
_____    Date: _____
         RICHARD W. ROEDER, TRUSTEE

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 12-10236 -TPA | Trustee Name: | RICHARD W. ROEDER, TRUSTEE |
|---|---|---|---|
| Case Name: | HARGENRADER, WILLIAM L. | Bank Name: | Eagle Bank |
|  | HARGENRADER, ANGELA K. | Account Number / CD #: | *******0007 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9305 |  |  |
| For Period Ending: | 03/31/14 | Blanket Bond (per case limit): | $ 10,059,123.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 03/13/12 |  | KEYSTONE SPECIALTY PRODUCTS INC.<br>PO BOX 353<br>1535 ALLEGHENY BLVD.<br>RENO, PA 16343 | ACCOUNTS RECEIVABLE | 1121-000 | 205.46 |  | 205.46 |
| 03/13/12 | 27 | Asset Sales Memo: | ACCOUNTS RECEIVABLE GRAND RENTAL SEE SUPPORTING DO  $205.46 |  |  |  | 205.46 |
| 03/13/12 |  | MATRIC<br>2099 HILL CITY ROAD<br>SENECA, PA 16346 | ACCOUNTS RECEIVABLE | 1121-000 | 350.97 |  | 556.43 |
| 03/13/12 | 27 | Asset Sales Memo: | ACCOUNTS RECEIVABLE GRAND RENTAL SEE SUPPORTING DO  $350.97 |  |  |  | 556.43 |
| 04/03/12 | 001001 | INTERNATIONAL SURETIEES, LTD<br>SUITE 420<br>701 PAYDRAS ST<br>NEW ORLEANS   LA   70139 | 1/1/12 TO 1/1/13 Blanket Bond<br>Blanket bond | 2300-000 |  | 5.07 | 551.36 |
| 10/22/12 |  | Venango Leasing Co.<br>Daniel L. Heath<br>P.O. Box 941<br>Oil City, PA 16301 | Five % earnest money on equipment | 1129-000 | 5,937.50 |  | 6,488.86 |
| 10/22/12 | 37 | Asset Sales Memo: | HARGENRADER'S GRAND RENTAL STATION RENTAL EQUIPME $5,937.50<br>all contents of Grand Rental Station , Purchase offer is for $118,750.00. |  |  |  | 6,488.86 |
|  |  | VENANGO LEASING CO. | Memo Amount:     5,937.50<br>Five percent (5%) earnest money on | 1129-000 |  |  |  |
| 12/04/12 |  | VENANGO LEASING CO.<br>PO BOX 941<br>OIL CITY, PA 16301 | BALANCE DUE ON SALE OF GRAND RENTAL | 1129-000 | 112,812.50 |  | 119,301.36 |
| 12/04/12 | 35 | Asset Sales Memo: | HARGENRADER'S GRAND RENTAL STATION |  |  |  | 119,301.36 |
|  |  |  | Page Subtotals |  | 119,306.43 | 5.07 |  |

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 12-10236 -TPA | Trustee Name: | RICHARD W. ROEDER, TRUSTEE |
|---|---|---|---|
| Case Name: | HARGENRADER, WILLIAM L. | Bank Name: | Eagle Bank |
| | HARGENRADER, ANGELA K. | Account Number / CD #: | *******0007 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9305 | | |
| For Period Ending: | 03/31/14 | Blanket Bond (per case limit): | $ 10,059,123.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/04/12 | 37 | Asset Sales Memo: | STORE FIXTURES $750.00 HARGENRADER'S GRAND RENTAL STATION RENTAL EQUIPME $55,406.25 | | | | 119,301.36 |
| 12/04/12 | 38 | Asset Sales Memo: | HARGENRADER GRAND EVENTS RENTAL INVENTORY COST BAS $55,406.25 | | | | 119,301.36 |
| 12/04/12 | 39 | Asset Sales Memo: | HARGENRADER'S GRAND EVENTS RETAIL MERCHANDISE COST  $250.00 | | | | 119,301.36 |
| 12/04/12 | 40 | Asset Sales Memo: | HARGENRADER'S GRAND RENTAL STATION RETAIL INVENTO  $1,000.00 | | | | 119,301.36 |
| 12/11/12 | 001002 | First National Bank Susan Fuhrer Reiter 4140 East State Street Hermitage, PA 16148 | Payoff of Secured Lien | 4210-000 | | 21,037.96 | 98,263.40 |
| 12/11/12 | 001003 | THE DERRICK 1510 W. 1ST STREET OIL CITY   PA   16301 | legal ad on sale Although the Court Order authorized payment of $912.37, the bill from the Derrick was presented at $912.87 and paid in error at that amount, without noticing the discrepancy. | 2500-000 | | 912.87 | 97,350.53 |
| 12/11/12 | 001004 | CRAWFORD COUNTY LEGAL JOURNAL 403 CHESTNUT STREET MEADVILLE  PA  16335 | Legal  ad on sale | 2500-000 | | 103.25 | 97,247.28 |
| 01/11/13 | 001005 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST. SUITE 420 NEW ORLEANS, LA 70139-0420 | Bond # 016026363 | 2300-000 | | 44.11 | 97,203.17 |
| 01/24/13 | | B & B Manufacturing, Inc. 801 Port Centre Parkway Portsmouth, VA 23704 | Settlement proceeds from litigation | 1149-000 | 3,500.00 | | 100,703.17 |
| 01/24/13 | 28 | Asset Sales Memo: | HARGENRADER'S GRAND RENTAL STATION VS. B&B MANUFAC  $3,500.00 | | | | 100,703.17 |
| | | | Page Subtotals | | 3,500.00 | 22,098.19 | |

LFORM24   UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Ver: 17.03

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 12-10236 -TPA | Trustee Name: | RICHARD W. ROEDER, TRUSTEE |
|---|---|---|---|
| Case Name: | HARGENRADER, WILLIAM L. | Bank Name: | Eagle Bank |
|  | HARGENRADER, ANGELA K. | Account Number / CD #: | *******0007 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9305 |  |  |
| For Period Ending: | 03/31/14 | Blanket Bond (per case limit): | $ 10,059,123.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | between Hargenrader and B & B Manufacturing re: faulty tents |  |  |  |  |
| 02/06/13 | 001006 | DIANE HASEK PO BOX 77926 SENECA, PA 16346 | Attorney Fees - Docket No. 62 Court ordered special counsel attorney fees | 3991-000 |  | 875.00 | 99,828.17 |
| 02/12/13 |  | Eagle Bank | BANK SERVICE FEE | 2600-000 |  | 104.00 | 99,724.17 |
| 03/08/13 |  | Eagle Bank | BANK SERVICE FEE | 2600-000 |  | 96.00 | 99,628.17 |
| 04/09/13 |  | Eagle Bank | BANK SERVICE FEE | 2600-000 |  | 106.00 | 99,522.17 |
| 05/07/13 |  | Eagle Bank | BANK SERVICE FEE | 2600-000 |  | 102.00 | 99,420.17 |
| 06/10/13 |  | Eagle Bank | BANK SERVICE FEE | 2600-000 |  | 106.00 | 99,314.17 |
| 07/10/13 |  | Eagle Bank | BANK SERVICE FEE | 2600-000 |  | 102.00 | 99,212.17 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 5,937.50 | COLUMN TOTALS | 122,806.43 | 23,594.26 | 99,212.17 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 0.00 |  |
|  |  | Subtotal | 122,806.43 | 23,594.26 |  |
| Memo Allocation Net: | 5,937.50 | Less: Payments to Debtors |  | 0.00 |  |
|  |  | Net | 122,806.43 | 23,594.26 |  |
|  |  |  |  | NET | ACCOUNT |
| Total Allocation Receipts: | 5,937.50 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking Account (Non-Interest Earn - ********0007 | 122,806.43 | 23,594.26 | 99,212.17 |
|  |  |  | ---------------------- | ---------------------- | ---------------------- |
| Total Memo Allocation Net: | 5,937.50 |  | 122,806.43 | 23,594.26 | 99,212.17 |
|  |  |  | ============= | ============= | ============= |
|  |  |  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    1,491.00

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-10236 -TPA | Trustee Name: | RICHARD W. ROEDER, TRUSTEE |
|---|---|---|---|
| Case Name: | HARGENRADER, WILLIAM L. | Bank Name: | Eagle Bank |
| | HARGENRADER, ANGELA K. | Account Number / CD #: | *******0007  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9305 | | |
| For Period Ending: | 03/31/14 | Blanket Bond (per case limit): | $ 10,059,123.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 11, 2013 |
|---|---|---|---|---|---|---|

Case Number:  12-10236  
Debtor Name:  HARGENRADER, WILLIAM L.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 0000036 001 3110-00 | Richard W. Roeder, Attorney Pro Se<br>314 S. Franklin Street, Ste. B<br>Titusville, PA  16354 | Administrative | | $0.00 | $8,496.00 | $8,496.00 |
| 0000037 001 3120-00 | Richard W. Roeder, Attorney Pro Se<br>314 S. Franklin St, Ste. B<br>Titusville, Pa  16354 | Administrative | | $0.00 | $1,015.83 | $1,015.83 |
| 000034 999 2690-00 | Internal Revenue Service<br>1000 Liberty Ave. Rm 727<br>Pittsburgh, PA  15222-4107 | Administrative | This claim was amended to zero on 7-15-13. | $0.00 | $0.00 | $0.00 |
| 000008A 040 5800-00 | Internal Revenue Service<br>1000 Liberty Ave. Rm 727<br>Pittsburgh, PA  15222-4107 | Priority | This is the unsecured priority portion of the claim. | $0.00 | $16,602.43 | $16,602.43 |
| 000001 070 7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $2,582.47 | $2,582.47 |
| 000002 070 7100-00 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $0.00 | $2,121.92 | $2,121.92 |
| 000003 070 7100-00 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $0.00 | $3,126.86 | $3,126.86 |
| 000004 070 7100-00 | Wells Fargo Bank NA<br>PO Box 10438<br>Des Moines IA 50306-0438 | Unsecured | | $0.00 | $1,755.50 | $1,755.50 |
| 000005 070 7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $2,672.44 | $2,672.44 |
| 000006 070 7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $6,468.97 | $6,468.97 |
| 000007 070 7100-00 | Township of Cranberry<br>3726 State Route 257<br>P.O. Box 378<br>Seneca, PA 16346 | Unsecured | Signature was obtained to make this claim valid. Claim #15 was withdrawn. | $0.00 | $369.00 | $369.00 |
| 000008B 080 7300-00 | Internal Revenue Service<br>1000 Liberty Avenue  Room 727<br>Pittsburgh, AP  15222-4107 | Unsecured | This is the penalty on the unsecured priority porion of this claim. | $0.00 | $515.73 | $515.73 |
| 000009 070 7100-00 | UGI- Central Penn Gas Inc.<br>P O Box 508<br>Lock Haven, PA 17745-0508 | Unsecured | | $0.00 | $296.20 | $296.20 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 11, 2013 |
|---|---|---|---|---|---|---|

Case Number:  12-10236  
Debtor Name:  HARGENRADER, WILLIAM L.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000010<br>070<br>7100-00 | Heath Oil Co.<br>P O Box 1128<br>Oil City, Pa 16301 | Unsecured | | $0.00 | $1,028.28 | $1,028.28 |
| 000011<br>070<br>7100-00 | Konrt Security Partners LLC<br>d/b/a Select Security<br>P.O. Box 1707<br>Lancaster, PA 17608 | Unsecured | | $0.00 | $148.00 | $148.00 |
| 000012<br>070<br>7100-00 | Greathouse Body Shop<br>162 Elm St.<br>P O Box 382<br>Tionesta, PA 16353 | Unsecured | | $0.00 | $1,240.21 | $1,240.21 |
| 000015<br>070<br>7100-00 | Cranberry Township<br>P O Box 378<br>Seneca, Pa 16346 | Unsecured | It is a duplicate of Claim #7 and was withdrawn - see docket #80. | $0.00 | $369.00 | $0.00 |
| 000016<br>070<br>7100-00 | Pennsylvania Electric Company<br>a First Energy Company<br>331 Newman Road<br>Building 3<br>Red Bank, NJ 07701 | Unsecured | | $0.00 | $705.94 | $705.94 |
| 000017<br>070<br>7100-00 | Sehman Tire Service Inc.<br>814 Atlantic Ave.<br>P O Box 889<br>Franklin, PA 16323 | Unsecured | | $0.00 | $303.16 | $303.16 |
| 000018<br>070<br>7100-00 | Konrt Security Partners LLC<br>d/b/a Select Security<br>P.O. Box 1707<br>Lancaster, PA 17608 | Unsecured | This claim was disallowed as a duplicate of Claim No. 11.<br>Objection was granted by Order No. 106 on 5-17-13. | $0.00 | $148.00 | $0.00 |
| 000019<br>070<br>7100-00 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $4,436.61 | $4,436.61 |
| 000020<br>070<br>7100-00 | Gotham Staple<br>26101 Miles Road<br>Cleveland, OH 44231 | Unsecured | | $0.00 | $57.04 | $57.04 |
| 000021<br>070<br>7100-00 | True Value Company<br>Attn: Will Charron<br>333 Harvey Rd<br>Manchester NH 03103 | Unsecured | | $0.00 | $3,357.81 | $3,357.81 |
| 000022<br>070<br>7100-00 | National Fuel<br>Legal Dept.<br>P.O. Box 2081<br>Erie, PA 16512 | Unsecured | | $0.00 | $1,057.22 | $1,057.22 |

| Page 3 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 11, 2013 |

Case Number: 12-10236  
Debtor Name: HARGENRADER, WILLIAM L.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000023<br>070<br>7100-00 | Earthlink<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, Maryland 21094 | Unsecured | | $0.00 | $999.51 | $999.51 |
| 000024<br>070<br>7100-00 | sallie mae<br>c/o sallie mae inc.<br>220 lasley ave.<br>wilkes-barre pa. 18706 | Unsecured | | $0.00 | $9,681.58 | $9,681.58 |
| 000025<br>070<br>7100-00 | RSS Distributors<br>7930 Old Auction Road<br>Manheim, PA 17545 | Unsecured | | $0.00 | $271.17 | $271.17 |
| 000026<br>070<br>7100-00 | Capital One, N.A.<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | Unsecured | | $0.00 | $500.42 | $500.42 |
| 000027<br>070<br>7100-00 | Capital One, N.A.<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | Unsecured | | $0.00 | $430.30 | $430.30 |
| 000028<br>070<br>7100-00 | Verizon Wireless<br>PO BOX 3397<br>Bloomington, IL 61702 | Unsecured | | $0.00 | $644.47 | $644.47 |
| 000029<br>070<br>7100-00 | Mildred H. Spence<br>7 Yorktown Road<br>Oil City, PA 16301 | Unsecured | This claim has been objected to because it did not include any documentation as proof of a valid claim. Objection was granted by Order No 107 on 5-17-13. | $0.00 | $8,418.71 | $0.00 |
| 000030<br>070<br>7100-00 | PYOD, LLC its successors and assigns as assignee<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $1,897.98 | $1,897.98 |
| 000031<br>070<br>7100-00 | Shellie Hargenrader<br>207 Caveson Dr.<br>Summerville, SC  29483 | Unsecured | This claim has been objected to because no documentation was included as proof of a valid claim.  Objection was granted by Order No. 107 on 5-17-13. | $0.00 | $24,000.00 | $0.00 |
| 000032<br>070<br>7100-00 | Beneficial Consumer Discount Company<br>PO Box 12907<br>Norfolk VA 23541 | Unsecured | | $0.00 | $14,202.52 | $14,202.52 |
| 000033<br>070<br>7100-00 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $384.62 | $384.62 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 4 | | ANALYSIS OF CLAIMS REGISTER | | | Date: September 11, 2013 |

Case Number:  12-10236
Debtor Name:  HARGENRADER, WILLIAM L.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000034B 080 7300-00 | Internal Revenue Service 1000 Liberty Ave., Room 727 Pittsburgh, PA 15222-4107 | Unsecured This claim was amended to zero on 7-15-13. | | $0.00 | $0.00 | $0.00 |
| 000035 070 7100-00 | Daniel Heath P.O. Box 941 Oil City, PA 16301 | Unsecured | | $0.00 | $416,223.07 | $416,223.07 |
| 000013 050 4210-00 | Northpoint Automotive 3485 State Route 257 Seneca, PA 16346 | Secured This claim is secured by an asset not administered by the Trustee. Claimant should look to their collateral. Objection granted by Order No. 108 on 5-17-13. | | $0.00 | $1,750.00 | $0.00 |
| 000014 050 4210-00 | Fred J. Marchinetti, Assistant Vice President First National Bank of Pennsylvania Special Lending - Erie Administration 711 State Street Erie, PA 16501-1355 | Secured This claim was satisfied in full pursuant to Court Order regarding the auction sale of personal property on which a UCC was filed. see check # 1002. Objection granted by Order No. 105 on 5-17-13. | | $0.00 | $17,179.05 | $0.00 |
| | Case Totals: | | | $0.00 | $555,458.02 | $503,593.26 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-10236 TPA
Case Name: HARGENRADER, WILLIAM L.
              HARGENRADER, ANGELA K.
Trustee Name: RICHARD W. ROEDER, TRUSTEE

    Balance on hand     $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RICHARD W. ROEDER, TRUSTEE | $ | $ | $ |
| Trustee Expenses: RICHARD W. ROEDER, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: Richard W. Roeder, Attorney Pro Se | $ | $ | $ |
| Other: Richard W. Roeder, Attorney Pro Se | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses     $_____

    Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000008A | Internal Revenue Service | $ | $ | $ |

Total to be paid to priority creditors                              $_____

Remaining Balance                                                       $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ | $ | $ |
| 000002 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000003 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000004 | Wells Fargo Bank NA | $ | $ | $ |
| 000005 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000006 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000007 | Township of Cranberry | $ | $ | $ |
| 000009 | UGI- Central Penn Gas Inc. | $ | $ | $ |
| 000010 | Heath Oil Co. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | Konrt Security Partners LLC | $ | $ | $ |
| 000012 | Greathouse Body Shop | $ | $ | $ |
| 000016 | Pennsylvania Electric Company | $ | $ | $ |
| 000017 | Sehman Tire Service Inc. | $ | $ | $ |
| 000019 | GE Capital Retail Bank | $ | $ | $ |
| 000020 | Gotham Staple | $ | $ | $ |
| 000021 | True Value Company | $ | $ | $ |
| 000022 | National Fuel | $ | $ | $ |
| 000023 | Earthlink | $ | $ | $ |
| 000024 | sallie mae | $ | $ | $ |
| 000025 | RSS Distributors | $ | $ | $ |
| 000026 | Capital One, N.A. | $ | $ | $ |
| 000027 | Capital One, N.A. | $ | $ | $ |
| 000028 | Verizon Wireless | $ | $ | $ |
| 000030 | PYOD, LLC its successors and assigns as assignee | $ | $ | $ |
| 000032 | Beneficial Consumer Discount Company | $ | $ | $ |
| 000033 | Capital One, N.A. | $ | $ | $ |
| 000035 | Daniel Heath | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000008B | Internal Revenue Service | $ | $ | $ |

Total to be paid to subordinated unsecured creditors      $_____

Remaining Balance      $_____